AUSA:   Devon Schulz                          Telephone:  (313) 421-6240
AO 91 (Rev. 11/11)  Criminal Complaint     Inspector:      Stefon Wilson        Telephone:  (313) 949-6055

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America

    v.

Jerell Leveine Whitman-Crutcher,  II

Case: 2:21−mj−30020
Assigned To : Unassigned
Assign. Date : 1/13/2021
CMP: SEALED MATTER (MAW)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 8, 2021 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan - SD _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 21, United States Code Section 841(a) | Possession With Intent to Distributie Controlled Substances (Methamphetamine & Fentanyl) |
| Title 18, United States Code Section 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Stefon Wilson, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  January 13, 2021 

City and state:  Detroit, Michigan 

_____
*Judge's signature*

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Stefon Wilson, being duly sworn under oath, state as follows:

1. I am a United States Postal Inspector assigned to the Allen Park Domicile of the Detroit Division of the U.S. Postal Inspection Service (USPIS). I am sworn and empowered to investigate criminal activity involving or relating to the U.S. Postal Service. I am assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.  I have been a postal Inspector since June 2017. I attended the United States Postal Inspection Service Basic Training Academy where I have received training in the detection and investigation of prohibited mailing offenses. As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 846, 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716.

2. This affidavit is made in support of an application for a criminal complaint and warrant to arrest Frederick Lee RODGERS (DOB: XX/XX/1989) for violations of Title 21, United States Code, Section 841(a), possession with intent to distribute a controlled substance (methamphetamine

1

and fentanyl), and Jerell Leveine WHITMAN-CRUTCHER II (DOB: XX/XX/1986) for violations of Title 21, United States Code, Section 841(a) and Title 18, United States Code, Section 2, aiding and abetting possession with intent to distribute a controlled substance (methamphetamine and fentanyl).

3. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that Frederick Lee RODGERS has violated Title 21, United States Code, Section 841(a), and that Jerell Leveine WHITMAN-CRUTCHER II has violated Title 21, United States Code, Section 841(a) and Title 18, United States Code, Section 2.

4. The facts in this affidavit come from my personal observations, participation in this investigation, training and experience, review of records and reports, and information obtained from other agents/officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.  On January 6, 2021, Detroit Division Postal Inspectors intercepted a USPS Priority Mail Express parcel ("subject parcel") at a postal facility in the Eastern District of Michigan.  The subject parcel bore the following: a USPS Priority Mail Express brown mailing box affixed with USPS Priority Mail Express Tracking Number EJ 536 828 322 US, addressed to Tommie Alston, 14214 Auburn St, Detroit, Michigan 48223 ("destination address"), with a return address of Dru Alexandra, 16815 N 29th St., Phoenix, Arizona 85032. The parcel was mailed on January 5, 2021, from Phoenix, Arizona. Further, the parcel weighed approximately 18 pounds and 15 ounces and bore $169.15 in postage and fees.

6.  Affiant conducted further investigation of the subject parcel, to include address queries and a positive alert from a controlled substance detecting K-9.  Based on this information, Affiant applied for a federal search warrant for the subject parcel.  On January 6, 2021, Affiant swore to and the Honorable Curtis Ivy, Jr., United States Magistrate Judge, signed federal search warrant 21-50012, authorizing Affiant to search the subject parcel.   Affiant did conduct a search of the subject parcel along with Postal Inspector C. Bradshaw and found the subject parcel to contain approximately 4150 grams of suspected methamphetamine (two baggies field tested) and 1100 grams of suspected fentanyl (field tested).

7.  On January 8, 2021, an undercover U.S. Postal Inspector, posing as a U.S. Postal Service mail carrier, delivered the subject parcel to the destination address in Detroit, Michigan. A representative of the USPIS authored an anticipatory search warrant on the residence. The subject parcel contained non-controlled substances meant to resemble methamphetamine and fentanyl.

8.  At approximately 10:10 a.m., the undercover U.S. Postal Inspector knocked on the door of the destination address and a female answered the door. She accepted the parcel and took the parcel inside of the residence. After delivery of the parcel, she placed the parcel back outside on the porch.

9.  Shortly after the delivery and acceptance of the parcel, law enforcement saw a silver Range Rover driving around in the area of the destination address. Based on my training and experience, the driver of the Range Rover, later identified to be WHITMAN-CRUTCHER II, displayed efforts to engage in counter-surveillance.

10. At approximately 11:15 a.m., a black male (later identified as RODGERS) exited the passenger side of the Range Rover and walked up to the porch of the destination address. RODGERS took possession of the subject parcel and examined it. At this time, unmarked law enforcement vehicles approached the destination address. When RODGERS saw the unmarked law enforcement vehicles approaching, he ran back to the Range

Rover without the subject parcel. The Range Rover began to drive away and there was a collision between the Range Rover and a law enforcement vehicle.

11. RODGERS and the driver of the Range Rover, WHITMAN-CRUTCHER II, were detained and secured by law enforcement. RODGERS had a cell phone and approximately $1,139.00 of United States Currency in his front pockets. Both were seized as evidence.

12. Two cell phones were also seized from the Range Rover, belonging to WHITMAN-CRUTCHER II. A search of one of WHITMAN-CRUTCHER II's cell phones revealed communication via text message with phone number (805) 603-8680. Further investigation revealed the phone number (805) 603-8680 was used by RODGERS.

13. According to postal records, phone number (805) 603-8680 signed up for tracking updates for the subject parcel.

14. Based upon the foregoing, there is probable cause to believe Frederick RODGERS knowingly violated Title 21, United States Code, Section 841(a), possession with intent to distribute a controlled substance (methamphetamine and fentanyl), and that Jerell Leveine WHITMAN-CRUTCHER II knowingly violated Title 21, United States Code, Section 841(a) and Title 18, United States Code, Section 2, aiding and abetting possession with intent to distribute a controlled substance (methamphetamine and fentanyl). Accordingly, this

Affiant respectfully request that this Court issue a complaint and arrest warrant.


Respectfully submitted,

_____
Stefon Wilson
Postal Inspector


Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Dated:   January 13, 2021

6